**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Museum Associates, Ltd., a Washington corporation and Richard Berger, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Gary Midzor, an individual; Chris Ivey, an individual; GM Property Development, LLC, an Arizona limited liability corporation; Tina Choate, an individual; Brian Meyers, an individual; Goldstone Management, LLC, an Arizona limited liability corporation; Craig Ramsell, an individual; Kailasa Enterprises, LLC, an Arizona limited liability corporation; and Dirck's Moving Services, Inc, an Arizona corporation,<br><br>Defendants. | No. 10-CV-1042-PHX-NVW<br><br>**TEMPORARY RESTRAINING ORDER** |

The Court has read and considered the verified complaint on file with this Court, application for temporary restraining order of Museum Associates, Ltd., and the accompanying affidavits. It appears from these documents that the ownership of a large, unique, collection of giant crystals and fossils (the "Collection") is at issue and that one or more of the Defendants may have engaged in fraud and conversion as to the Collection. Unless a temporary restraining order issues without notice, immediate and irreparable injury will result to Museum Associates, Ltd. if Defendants remove or sell any of the Collection from its current location before a hearing on a preliminary injunction can be held.

1     IT IS THEREFORE ORDERED that all Defendants other than Dirck's Moving Services, Inc., are enjoined from any contact with the Collection and any attempt to sell or dispose of the collection pending other orders by this Court.

    IT IS FURTHER ORDERED that Defendant Dirck's Moving Services, Inc. and its agents, servants, employees, and attorneys, are restrained and enjoined from removing, or allowing the removal of, the Collection (contained in several wooden crates) by anyone from its warehouse located at 4440 East Elwood Street, Phoenix, Arizona until other orders by this Court. Within 24 hours of service of this order, Dirck's Moving Services will meet with Plaintiff's counsel to insure that all procedures have been taken to prevent the Collection from being removed from the warehouse.

    IT IS FURTHER ORDERED that this order will expire at 5:30 p.m. on May 26, 2010, unless prior thereto the order is extended by the Court or Defendants consent that it may be extended for a longer period.

    IT IS FURTHER ORDERED that a hearing on Museum Associates, Ltd.'s application for preliminary injunction shall be set for **Wednesday, May 26, 2010, at 9:30 a.m.**

    IT IS FURTHER ORDERED that Museum Associates, Ltd. shall serve this restraining order and all supporting papers on Defendants or give Defendants actual notice no later than Monday, May 17, 2010.

    IT IS FURTHER ORDERED that Defendants shall serve and file any responsive papers relating to Museum Associates, Ltd.'s application for a preliminary injunction by Friday, May 21, 2010.

    IT IS FURTHER ORDERED that Museum Associates, Ltd. shall serve and file any reply papers relating to its application for a preliminary injunction by Tuesday, May 25, 2010.

/ / /

2

IT IS FURTHER ORDERED that Pursuant to Federal Rule of Civil Procedure 65(c), this temporary restraining order shall be subject to the execution and delivery to the Clerk by Museum Associates, Ltd. of security in the form of a surety bond, undertaking, or deposit according to law in the amount of $3,000.

Issued at 12:10 p.m. this 14th day of May, 2010.

Neil V. Wake
United States District Judge